IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAMB ENGINEERING & CONSTRUCTION COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 01-225C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT, AND DEFENDANT'S REQUEST TO STAY PROCEEDINGS

Pursuant to the Court's opinion dated September 24, 2003, defendant respectfully submits this status report. Specifically, defendant submits this status report in response to the Court's order that defendant notify the Court whether it desires to proceed to trial upon the issue of treble damages, or whether it desires to accept the Court's award of $20,000 for False Claims Act, 31 U.S.C. § 3729 ("FCA") civil penalties.

We do not intend to seek further review of the Court's award of $20,000 for FCA civil penalties. Regarding the issue of treble damages, defendant requests that the Court stay further proceedings in this case while the parties attempt to settle a related case before the Energy Board of Contract Appeals ("board"), involving plaintiff's appeal of the contracting officer's decision demanding excess reprocurement costs in the amount of $1,698,414.91. Defendant's demand for excess reprocurement costs includes the $77,575.08 that the Court held defendant paid to Lamb's subcontractors in this case. We

anticipate that the parties' settlement discussions in the board case will encompass defendant's claim for treble damages in this case.

Therefore, we respectfully request that the Court stay further proceedings in this case. We request that we be allowed to file a status report regarding the status of settlement discussions on or before November 30, 2003.

Respectfully submitted,

PETER D. KEISER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner

DONALD E. KINNER
Assistant Director

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:

JOHN KRAL, ESQ.
Attorney
Department of Energy

OCTOBER 15, 2003

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 16th day of OCTOBER, 2003, I caused to be placed in the United States mail (first-class mail, postage pre-paid), copies of "DEFENDANT'S STATUS REPORT, AND DEFENDANT'S REQUEST TO STAY PROCEEDINGS" addressed as follows:

Robert G. Watt, Esq.
Keith Phillips, Esq.
Watt, Tieder, Hoffar & Fitzgerald, LLP
7929 Westpark Drive
Suite 400
McLean, VA 22102

______________________________