**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LAMB ENGINEERING & CONSTRUCTION CO.,** | ) | |
| **Plaintiff,** | ) | **Case No. 01-225C** |
| **v.** | ) | **Senior Judge Eric G. Bruggink** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S STATUS REPORT AND REQUEST TO STAY PROCEEDINGS**

Plaintiff, Lamb Engineering & Construction Co. ("Lamb" or "Plaintiff") hereby submits its Response to the Defendant's Status Report and Request to Stay Proceedings. Plaintiff consents to the Government's Request to Stay these proceedings. The parties are attempting to settle a related case at the Department of Energy Board of Contract Appeals ("DOEBCA") regarding the Government's claim for excess costs of reprocurement on the project, and a stay of these proceedings should facilitate those discussions, which may render further proceedings herein moot. The parties are in the process of scheduling the first round of settlement discussions in the DOEBCA case.

Accordingly, Plaintiff joins with the Government's request to stay these proceedings and permit the Government to file a status report on or before November 30, 2003 regarding the status of the parties' discussions.

Respectfully submitted this 29th day of October 2003.

Lamb Engineering & Construction Co.

______________________________

Robert G. Watt, Esquire
Watt, Tieder, Hoffar & Fitzgerald, LLP
7929 Westpark Drive, Suite 400
McLean, Virginia 22102
(703) 749-1000 Phone
(703) 893-8029 Facsimile
rwatt@wthf.com

Attorneys for Plaintiff Lamb Engineering & Construction Co.

Of Counsel:

Keith C. Phillips, Esquire
Watt, Tieder, Hoffar & Fitzgerald, LLP
7929 Westpark Drive, Suite 400
McLean, Virginia 22102
(703) 749-1000 Phone
(703) 893-8029 Facsimile
kphillip@wthf.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing PLAINTIFF'S RESPONSE TO DEFENDANT'S STATUS REPORT AND REQUEST TO STAY PROCEEDINGS was provided via U.S. Mail this 29th day of October, 2003 to the following:

Lauren S. Moore, Esquire
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530

Attn: Classification Unit
8th Floor, 1100 L Street, NW

______________________________

Keith C. Phillips