IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAMB ENGINEERING & CONSTRUCTION COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 01-225C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT, UPON BEHALF OF BOTH PARTIES

Pursuant to the Court's order dated October 31, 2003, defendant respectfully submits this status report upon behalf of both parties.

Since the date of the Court's stay of proceedings on October 31, 2003, the parties have discussed the possibility of settlement. At this time, however, the parties have not reached a settlement. The parties intend to continue their settlement discussions. Therefore, we respectfully request that the Court continue the stay of proceedings in this case. We request that defendant be allowed to file a status report, upon behalf of both parties, regarding the status of settlement discussions on or before January 12, 2004.

Respectfully submitted,

PETER D. KEISER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner

DONALD E. KINNER
Assistant Director

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:

JOHN KRAL, ESQ.
Attorney
Department of Energy

NOVEMBER 24, 2003

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 24th day of NOVEMBER, 2003, I caused to be placed in the United States mail (first-class mail, postage pre-paid), copies of "DEFENDANT'S STATUS REPORT, UPON BEHALF OF BOTH PARTIES" addressed as follows:

Robert G. Watt, Esq.
Keith Phillips, Esq.
Watt, Tieder, Hoffar & Fitzgerald, LLP
7929 Westpark Drive
Suite 400
McLean, VA 22102

______________________________