IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAMB ENGINEERING & CONSTRUCTION COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 01-225C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT, UPON BEHALF OF BOTH PARTIES

Pursuant to the Court's order dated October 31, 2003, defendant respectfully submits this status report upon behalf of both parties.

Since the date of the Court's stay of proceedings on October 31, 2003, the parties have discussed the possibility of settlement. The parties last met in late November 2003, at which time counsel for plaintiff provided certain requested documents to the Department of Energy ("DOE"). Officials at DOE have recently completed their review of the documents. The parties expect to resume their settlement discussions shortly. Therefore, we respectfully request that the Court continue the stay of proceedings in this case. We request that defendant be allowed to file a status report, upon behalf of both parties, regarding the status of settlement discussions on or before February 26, 2004.

Respectfully submitted,

PETER D. KEISER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner

DONALD E. KINNER
Assistant Director

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:

JOHN KRAL, ESQ.
Attorney
Department of Energy

JANUARY 12, 2004

CERTIFICATE OF FILING

I hereby certify that on January 12, 2004, a copy of "DEFENDANT'S STATUS REPORT, UPON BEHALF OF BOTH PARTIES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Lauren S. Moore