IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAMB ENGINEERING & CONSTRUCTION COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 01-225C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT, UPON BEHALF OF BOTH PARTIES

Pursuant to the Court's order dated January 14, 2004 defendant respectfully submits this status report upon behalf of both parties.

Since the date of defendant's last status report upon behalf of both parties, filed with the Court on January 12, 2004, the parties have resumed settlement discussions. In the past few weeks, the parties have shared their respective settlement positions, and are now attempting to reconcile their differences. The parties request that the stay of proceedings continue until at least April 30, 2004 so that they can exhaust all possibility of settlement. The parties believe that this should be sufficient time within which to complete their settlement discussions. Therefore, we respectfully request that the Court continue the stay of proceedings in this case. We request that defendant be allowed to file a status report, upon behalf of both parties, regarding the status of settlement discussions on or before April 30, 2004.

Respectfully submitted,

PETER D. KEISER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner

DONALD E. KINNER
Assistant Director

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:

JOHN KRAL, ESQ.
Attorney
Department of Energy

FEBRUARY 24, 2004

CERTIFICATE OF FILING

I hereby certify that on February 24, 2004, a copy of "DEFENDANT'S STATUS REPORT, UPON BEHALF OF BOTH PARTIES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Lauren S. Moore