IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAMB ENGINEERING & CONSTRUCTION COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 01-225C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT, UPON BEHALF OF BOTH PARTIES

Pursuant to the Court's order dated February 25, 2004 defendant respectfully submits this status report upon behalf of both parties.

Since the date of defendant's last status report upon behalf of both parties, filed with the Court on February 24, 2004, the parties have continued their settlement discussions. Although in the last status report defendant indicated that the parties believed they could complete their settlement discussions by April 30, 2004, the parties have not been able to do so, despite diligent efforts to do so. Specifically, since the previous status report the Government has again reviewed its settlement position, and the parties have continued their discussions by telephone. The parties plan to meet in person on May 6, 2004 to attempt to reconcile their differences. The parties request that the stay of proceedings continue, and that defendant be allowed to file a status report, upon behalf of both parties, regarding the status of settlement discussions on or before June 15, 2004.

Respectfully submitted,

PETER D. KEISER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner

DONALD E. KINNER
Assistant Director

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:

JOHN KRAL, ESQ.
Attorney
Department of Energy

APRIL 29, 2004

CERTIFICATE OF FILING

I hereby certify that on APRIL 29, 2004, a copy of "DEFENDANT'S STATUS REPORT, UPON BEHALF OF BOTH PARTIES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Lauren S. Moore