IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAMB ENGINEERING & CONSTRUCTION COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 01-225C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT, UPON BEHALF OF BOTH PARTIES

Pursuant to the Court's order dated April 29, 2004, defendant respectfully submits this status report upon behalf of both parties.

Since the date of defendant's last status report upon behalf of both parties, filed with the Court on April 29, 2004, the parties have continued their settlement discussions. Most recently, the parties were scheduled to meet in person to discuss settlement on June 3, 2004; however, due to an illness in agency counsel's family, the parties have rescheduled their meeting to June 22, 2004. The parties request that the stay of proceedings continue, and that defendant be allowed to file a status report, upon behalf of both parties, regarding the status of settlement discussions on or before July 20, 2004.

Respectfully submitted,

PETER D. KEISER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner

DONALD E. KINNER
Assistant Director

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:

JOHN KRAL, ESQ.
Attorney
Department of Energy

JUNE 14, 2004

CERTIFICATE OF FILING

I hereby certify that on JUNE 14, 2004, a copy of "DEFENDANT'S STATUS REPORT, UPON BEHALF OF BOTH PARTIES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Lauren S. Moore