IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAMB ENGINEERING & CONSTRUCTION COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 01-225C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT, UPON BEHALF OF BOTH PARTIES

Pursuant to the Court's order dated June 15, 2004, defendant respectfully submits this status report upon behalf of both parties.

Since the date of defendant's last status report upon behalf of both parties, filed with the Court on June 14, 2004, the parties have continued their settlement discussions. The parties have discussed the possibility of settlement numerous times since June 14, 2004, in person as well as by telephone conversation. The parties have nearly completed their discussions. The parties request that the stay of proceedings continue, and that defendant be allowed to file a status report, upon behalf of both parties, regarding the status of settlement discussions on or before August 31, 2004.

Respectfully submitted,

PETER D. KEISER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner

DONALD E. KINNER
Assistant Director

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:

JOHN KRAL, ESQ.
Attorney
Department of Energy

JULY 19, 2004

CERTIFICATE OF FILING

I hereby certify that on JULY 19, 2004, a copy of "DEFENDANT'S STATUS REPORT, UPON BEHALF OF BOTH PARTIES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Lauren S. Moore