IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAMB ENGINEERING & CONSTRUCTION COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 01-225C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT, UPON BEHALF OF BOTH PARTIES

Pursuant to the Court's order dated October 28, 2004, defendant respectfully submits this status report upon behalf of both parties.

The parties have tentatively settled this case. Defendant's counsel is presently seeking authority to settle this case from the Authorized Representative of the Attorney General. If settlement is not concluded on or before December 30, 2004, defendant requests that it be allowed to file a status report, upon behalf of both parties, no later than December 30, 2004.

Respectfully submitted,

PETER D. KEISER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner

DONALD E. KINNER
Assistant Director

s/ Lauren S. Moore

OF COUNSEL:

JOHN KRAL, ESQ.
Attorney
Department of Energy

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640

Attorneys for Defendant

NOVEMBER 29, 2004

CERTIFICATE OF FILING

I hereby certify that on NOVEMBER 29, 2004, a copy of "DEFENDANT'S STATUS REPORT, UPON BEHALF OF BOTH PARTIES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Lauren S. Moore