IN THE UNITED STATES COURT OF FEDERAL CLAIMS

LAMB ENGINEERING & CONSTRUCTION CO.,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

No. 01-225C
(Senior Judge Bruggink)

JOINT STIPULATION FOR ENTRY OF DISMISSAL WITH PREJUDICE

The parties stipulate that the complaint and defendant's counterclaim in this case should be dismissed with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

DONALD E. KINNER
Assistant Director

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640
Attorneys for Defendant

Dated: 4-7-05

ROBERT G. WATT
Watt, Tieder, Hoffar
& Fitzgerald, LLP
8405 Greensboro Drive
Suite 100
McLean, VA 22102
Tele: (703) 749-1000
Fax: (703) 893-8029
Attorney for Plaintiff

Dated: 5|10|05