# In the United States Court of Federal Claims

No. 01-225C
(Filed: May 17, 2005)

* * * * * * * * * * * * * * * * * * * *

LAMB ENGINEERING &
CONSTRUCTION COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the joint stipulation for entry of dismissal filed May 10, 2005, the clerk is directed to dismiss the complaint and counterclaim with prejudice, with each party to bear its own costs, attorney fees, and expenses.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge