# In the United States Court of Federal Claims

**No. 01-225 C**

**LAMB ENGINEERING & CONSTRUCTION COMPANY,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed May 17, 2005,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint and counterclaim are dismissed, with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Brian Bishop
Clerk of Court

**May 18, 2005** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.